RECEIVED BY MAIL

NOV 10 2026

Time: ______
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

United States Bankruptcy Court: District of Minnesota

Case number: 26-50671-WJF

JENNIE Marie Erickson (7034)

Jeffrey Leonard Erickson (7957) (7164)

Bankruptcy chapter 13

Case filed: 9/15/2026

Deadline for Objection: 11/12/2026

Reason for Objection: inadequate payment, incorrect claim treatment, unworkable plan

11/02/2026

To Whom it May Concern:

I am writing this letter to object to the Confirmation of the Debtor's Bankruptcy Plan.

I took Jennie and Jeff Erickson to small claims court on June 16, 2026, and received a judgement of $18,497.42, court file number 69VI-CO-26-41.

I received a very desperate and distressed phone call from Jeff Erickson on June 28, 2023. I ended up coming to their rescue and they took out a personal loan, a signed contract with me on June 30, 2023. I allowed several months to pass before the start of the re- payment process. They missed the very first payment and every single payment collected was a struggle. Promises and trust were broken from the very first payment due. The last payment I received was 8/10/2023. The contract was a three-year contract.

I reached out to communicate, to which there was no reply. I sought council, which cost me $5,000.00. After looking at the evidence, their advice was Conciliation Court.

I am a senior citizen who was widowed in 2019. I am a Heart patient survivor, living through a heart attack and quadruple bypass. I suffer from anxiety disorder. I am a very vulnerable person.

This money came from my retirement fund. I no longer can work. I need my money to sustain me for the rest of my life. In June of 2024 our house was flooded, it is still gutted. I need several upgrades, a new well for clean water, etc. things I should have for a comfortable retirement.

I have not been enriched by my dealings with Jeff and Jenny Erickson, quite the opposite. They have taken a lot from me. The worry and sleepless nights are many. Jeff and Jenny benefited from using the money from this loan, while I continue to suffer the consequences trying to collect it.

I am asking you please, do not confirm the plan as is, but to revise it to include me. I attended the meeting of creditors on October 13, 2026. Under oath Jeff and Jenny Erickson admitted they took out a loan with me and owe me the judgement imposed by the court. In the contract it states they owe lawyer fees, for a breech of contract. I am asking for a total of $23,497.42.

Thank you for your time and your consideration.

Sharon C. Stutzman

Sharon Stutzman